**GRANTED. SO ORDERED.**

**SIGNED this 28 day of February, 2006.**

_____
**ROBERT E. LITTLEFIELD, JR.
UNITED STATES BANKRUPTCY JUDGE**

```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
In Re: PAUL                    THIESSEN        ORDER DETERMINING VALUE
       711 PATTERSONVILLE RD #12
       PATTERSONVILLE, NY                      CASE #05-18684
                         12137
_____
```

Upon consideration of the Trustee's Notice of Intent to Determine
Value, and after a hearing on notice to the debtor, debtor(s)'
attorney, and HOUSEHOLD BANK           and there being no opposition
thereto or if opposition filed, following conclusion of a hearing
on January 12, 2006

It is hereby ORDERED that:

HOUSEHOLD BANK              collateral in this case, as referred to
in the debtor(s)' petition and schedules, is hearby found to have
a value of  1,000.00 , with an interest rate of   6.00 %, and further

Ordered that any proof of claim filed subsequent to the above
valuation hearing be deemed disallowed as a secured claim to
the extent that it does not conform with the value as determined
by this Court, and it is further

Ordered that HOUSEHOLD BANK               release any lien securing
said collateral upon completion of the repayment of the value of
said collateral as determined by the court.

0008

###