UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

In re:  
       Paul Thiessen,

               Debtor.

-------------------------------------------------------

AMENDED  
NOTICE OF MOTION  
TO VACATE VALUE ORDER

Chapter 13  
Case No. 07-60535

PLEASE TAKE NOTICE, that the undersigned will move this Court on June 12, 2007 at 10:00 a.m. at the U.S. Bankruptcy Courthouse, Alexander Pirnie Federal Bldg., 10 Broad St., Room 230 Utica, NY 13501 pursuant to 11 U.S.C. 1329, for an Order Vacating the Value Order for Household Finance dated February 28, 2006 and reallocating any payments made on the severed claim to the unsecured creditors.

PLEASE TAKE FURTHER NOTICE, that debtor proposes to pay an additional attorney fee of $250.00 to the Barbaruolo Law Firm, PC for representation on this Motion to Vacate Value Order.

PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

PLEASE TAKE FURTHER NOTICE, that if you do not want the Court to grant the requested relief, or if you want the Court to consider your view on the Motion, then on or before three (3) business days prior to the return date of this Motion, you or your attorney must file a written response to the Motion, explaining your position, with the Clerk of the U.S. Bankruptcy Court for the Northern District of New York located in the Alexander Pirnie Federal Bldg., 10 Broad St., Room 230 Utica, NY 13501. If you mail

your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

PLEASE TAKE FURTHER NOTICE, that you must also mail a copy of your written response to counsel for the Debtor, Barbaruolo Law Firm, P.C., 12 Cornell Drive, Latham New York 12110, Andrea E.Celli, Chapter 13 Standing Trustee, 350 Northern Blvd, Albany, NY 12204 and the Office of United States Trustee, 74 Chapel Street, Albany, New York 12207

Dated: May 8, 2007

/s/ Paula M. Barbaruolo
Paula M. Barbaruolo, Esq.
BARBARUOLO LAW FIRM, PC
12 Cornell Road
Latham, New York 12110
(518) 782-9100

To: United States Bankruptcy Court
Alexander Pirnie Federal Bldg.
10 Broad St. Room 230
Utica, NY 13501

Andrea E. Celli
Chapter 13 Standing Trustee
350 Northern Boulevard
Albany, New York 12204

(via Certified Mail)
Household Bank
Attn: Bill Aldinger, President
1111B Town Center Dr.
Las Vegas, NV 89134

Household Bank
PO Box 17602
Baltimore, MD 21297-1602

eCAST Settlement Corp.
PO Box 7247-6971

Philadelphia, PA 19170