**SO ORDERED.**

**SIGNED this 15 day of June, 2007.**



_____
Stephen D. Gerling
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTICT OF NEW YORK
_____

In re:   Paul Thiessen,

                Debtor.

_____

ORDER VACATING
VALUATION ORDER

Chapter 13
Case No. 07-60535

     Upon consideration of the Motion to Vacate the Valuation Order of Household Finance, and after a hearing on notice and there being no opposition thereto or if opposition filed, following conclusion of a hearing on June 12, 2007, it is hereby

     ORDERED that the valuation order in favor of Household Finance dated February 28, 2006 is hereby VACATED; and it is further

     ORDERED that any monies paid to said creditor for principal and/or interest by the Chapter 13 Trustee to date shall be reallocated to Household Finance's unsecured claim and the remainder of any unsecured portion to be paid through the normal administration of this plan; and it is further

     ORDERED that the request to pay BARBARUOLO LAW FIRM, P.C. the sum of $250.00 as an administrative claim through the plan for representation of the debtor in this matter is hereby GRANTED.

     SO ORDERED.

                                  ###